ACCEPTED
05-15-01486-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/7/2015 2:03:43 PM
LISA MATZ
CLERK

Appellate Docket No.: 05-15-01486-CR

Appellate Case Style: **John Turner Gray v. The State of Texas**

## FIFTH DISTRICT COURT OF APPEALS
## CRIMINAL APPEAL - DOCKETING STATEMENT

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/7/2015 2:03:43 PM

LISA MATZ
Clerk

### PARTIES (TRAP 32.2(a)):

| Appellant: **JOHN TURNER GRAY** | Appellee: **THE STATE OF TEXAS** |
|---|---|
| Attorney (Lead Counsel): **Mark Heidenheimer**<br><br>Appointed [X]   Retained [ ] | Attorney (Lead Counsel): **John Rolater** |
| Address (Lead Counsel):<br><br>**2208 Wisteria Way**<br>**McKinney, Texas  75071** | Address (Lead Counsel):<br><br>**2100 Bloomdale Road, Suite 200**<br>**McKinney, Texas 75071** |
| Telephone:  **972-548-2233** | Telephone: **972-548-4323** |
| Email:<br>**mheidenheimerlaw@gmail.com** | Email: **jrolater@co.collin.tx.us** |
| SBN (Lead Counsel):**09378800** | SBN (Lead Counsel): **00791565** |

If not represented by counsel, provide appellant's/appellee's address, telephone number, and fax number.

### PERFECTION OF APPEAL (TRAP 32.2(b),(d),(f)-(k)):

| Date Sentence Imposed or | Date Notice of Appeal Filed: |
|---|---|

1

| Suspended in Open Court or Appealable Order Signed: **11/06/2015** | **11/18/2015** If Mailed, Date Mailed: <br><br> Attach File-Stamped Copy of Notice |
|---|---|
| **ACTIONS EXTENDING TIME TO PERFECT APPEAL (TRAP 32.2(e)):** ||
| Mt. for New Trial:  Yes [ ]     No [**X**] <br><br> Mt. in Arrest of Judgment:  Yes [ ] No [**X**] <br><br> Other (Specify): | Date Filed: <br><br> Date Filed: |

## TRIAL AND APPEAL (TRAP 32.2(f)-(k)):

Offense Charged:
**Assault Fam/House Mem 2+ w/in 12 months**

Is the appeal from a pretrial order?

Yes [ ]    No [**X** ]

Date of Offense: **01/23/2014**

Does the appeal involve the validity of a statute, rule, or ordinance?

Defendant's Plea: **Not Guilty**

Yes [ ]    No [**X** ]

If guilty or nolo contendere, was plea result of negotiated plea bargain agreement?

If yes, specify.

Was the trial jury or nonjury?

  Guilt/Innocence Phase: **Jury**
  Punishment Phase: **Jury**

Punishment Assessed:
**7 years Institutional Division, TDCJ.**

## TRIAL COURT AND RECORD (TRAP 32.2(c), (*l*), (m)):

| | |
|---|---|
| Court: **366th District Court of Collin County.** | Trial Court. Cause No.: **366-81876-2014** |
| Trial Judge (Who Tried or Disposed of Case): **Ray Wheless**  Telephone No.: **972-548-4570** Fax: Address: **2100 Bloomdale Road, #30146, McKinney, Texas 75071** | Court Clerk (District or County Clerk): **Yoon Kim**  Telephone No.: **972-548-4320** Fax: Address: **2100 Bloomdale Road, McKinney, Texas 75071** |

| | |
|---|---|
| Clerk's Record | Fee Paid: Yes [ ] No [ ] **N/A** **Court-appointed** Arrangements Made to Pay Fee: Yes [ ] No [ ] |

Court Reporter(s) or Court Recorder(s): **Antoinette Varela**

Telephone Number(s): **972-548-4572**

Email: **avarela@collincountytx.gov**

Address(es): **2100 Bloomdale Road, Suite 30146, McKinney, Texas 75071.**

| | |
|---|---|
| Reporter's/Recorder's Record (Check If Electronic Recording [ ]) Number and Date(s) of Hearing(s): Guilt/Innocence: **11/2-5/2015** Punishment: **11/06/2015** | Date Requested: **12/07/2015** Fee Paid: Yes: [ ] No: [ ] **N/A** **Court-appointed** Arrangements Made to Pay Fee: Yes [ ] No [ ] |

## INDIGENCY OF PARTY (TRAP 32.1(k)):

| Event | Filed Check as Appropriate | Date |
|---|---|---|
| Motion and Affidavit Filed | Yes [X]    No [] | |

Date of Hearing: 11/19/2015

Ruling on Motion:   Granted [X]    Denied [ ]

## OTHER INFORMATION (TRAP 32.2(m)):

List any other pending related appeals before this or any other Texas appellate court by Court, Docket Number, and Style:

1. 366-80583-2014

2. 366-81875-2014

3. 366-82883-2015

**NOTE:**    If inadequate space has been provided for the information requested, please provide the additional information on an attachment.

I CERTIFY THAT, TO THE BEST OF MY KNOWLEDGE, ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

/s/Mark Heidenheimer          Date: December 7, 2015
**MARK HEIDENHEIMER**
State Bar No. 09378800
2208 Wisteria Way
McKinney, Texas 75071
214-578-0360
Email: mheidenheimerlaw@gmail.com

Representing: **John Turner Gray**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Docketing Statement was sent this 7th day of December 2015, to John Rolater, Assistant Collin County District Attorney, through e-filing to his email address of jrolater@co.collin.tx.us.

/s/Mark Heidenheimer
**MARK HEIDENHEIMER**
**Attorney of Record for**
**John Turner Gray**

No. 366-81876-2014

| THE STATE OF TEXAS | IN THE 366TH DISTRICT |
|---|---|
| v. | COURT OF |
| JOHN TURNER GRAY | COLLIN COUNTY, TEXAS. |

## NOTICE OF APPEAL

**COMES NOW JOHN TURNER GRAY, DEFENDANT,** respectfully giving Notice of Appeal that he desires to appeal from the final judgment of conviction in the above styled and numbered cause that was ~~signed~~ *SENTENCED* by the court on the 6 day of November 2015. John Turner Gray appeals to the 5th Court of Appeals.

_____
**JOHN TURNER GRAY**

FILED

15 NOV 18 PM 4: 32

ANDREA STROH THOMPSON
DISTRICT CLERK
COLLIN COUNTY, TEXAS

BY_____DEPUTY

7